BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant
Benjamin Daneshgar

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>BENJAMIN DANESHGAR,<br><br>           Defendant. | Case No. 2:25-MJ-05544-DUTY-2<br><br>**UNOPPOSED EX PARTE APPLICATION FOR EXTENSION OF TIME TO SUBMIT PROPERTY BOND; DECLARATION OF COUINSEL; PROPOSED ORDER** |

//
//
//

1

Defendant Benjamin Daneshgar, by undersigned counsel, submits this unopposed ex parte application for extension of time to submit property bond, declaration of counsel, and proposed order. The government does not oppose this application.

Respectfully submitted,

Dated: October 1, 2025

BARRIENTOS PC

*/s/ J. Alejandro Barrientos*

J. Alejandro Barrientos
Attorney for Defendant,
Benjamin Daneshgar

# DECLARATION OF J. ALEJANDRO BARRIENTOS

I, J. Alejandro Barrientos, declare as follows:

1. I am appointed to represent Mr. Benjamin Daneshgar in the above-captioned case.

2. Mr. Daneshgar was granted pre-trial release on September 17, 2025 after the parties stipulated to bond subject to various conditions, including that a property bond be posted within two weeks.

3. Mr. Daneshgar has not had any pre-trial violations while on pre-trial release.

4. The defense requires additional time to post the property bond.

5. The defense therefore requests an order extending the time to post property bond from October 1, 2025, to October 20, 2025.

1. I have conferred with counsel for the government regarding this application. He confirmed that the government is not opposed to this application.

I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Respectfully submitted,

DATED: October 1, 2025        By  /s/ J. Alejandro Barrientos
                                  J. Alejandro Barrientos