BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant
Benjamin Daneshgar

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br><br>BENJAMIN DANESHGAR,<br><br>　　　　Defendant. | Case No. 2:25-MJ-05544-DUTY-2<br><br>**[PROPOSED] ORDER ON UNOPPOSED *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME TO SUBMIT PROPERTY BOND** |

//
//
//

1

1     GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a property bond is GRANTED. The property bond must be filed by October 20, 2025, rather than the previous deadline of October 1, 2025.

Dated: _____

    Hon. Michael B. Kaufman
    United States Magistrate Judge

OR

    GOOD CAUSE NOT HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a property bond is DENIED.

Dated: _____

    Hon. Michael B. Kaufman
    United States Magistrate Judge