# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STAES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:25-MJ-05544-2 |
| v. | |
| BENJAMIN DANESHGAR | (PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY |
| Defendant(s) | |

☒ The Court hereby orders that the request of:

Benjamin Daneshgar    ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

☒ to substitute  Alaleh Kamran                                who is

☒ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

16130 Ventura Boulevard, Suite 320
*Street Address*

alalehkamran@alalehkamran.com
*City, State, Zip*          *E-Mail Address*

Encino, CA 91436        818-986-1400        158648
*Telephone Number*        *Fax Number*        *State Bar Number*

as attorney of record instead of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby** ☐ GRANTED  ☐ DENIED

☐ The Court hereby orders that the request of _____
*List **all** attorneys from same firm or agency who are withdrawing.*

_____

to withdraw as attorney of record for _____

**is hereby** ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/ substituting attorney(s) in this case.

Dated _____

_____
U. S. District Judge/U.S. Magistrate Judge