1  BILAL A. ESSAYLI
   Acting United States Attorney
2  DAVID T. RYAN
   Assistant United States Attorney
3  Chief, National Security Division
   KHALDOUN SHOBAKI (Cal. Bar No. 232864)
4  Assistant United States Attorney
   Terrorism & Export Crimes Section
5       1500 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-0759/3825
7       Facsimile: (213) 894-2927
        E-mail:    khaldoun.shobaki@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:25-mj-05544-DUTY |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SEALING COMPLAINT AND RELATED DOCUMENTS |
| v. |  |
| SAMAN DELAFRAZ, and BENJAMIN DANESHGAR | **(UNDER SEAL)** |
| Defendants. |  |

   For good cause shown, IT IS HEREBY ORDERED THAT the arrest warrants, complaint, and supporting affidavit, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of Khaldoun Shobaki, and this Court's sealing order, shall be kept under seal until further order of the Court, or until the earliest of the following (1) such time as the government files a "Report Commencing Criminal Action" in this matter, (2) the execution of search warrants and the arrests of DELAFRAZ and DANESHGAR which is currently expected to take place on September 16, 2025, or (3) the government determines that these materials are subject to its discovery obligations in connection with

1

criminal proceedings, at which time they may be produced to defense counsel.

September 8, 2025
_____      _____
DATE                           HONORABLE MARIA A. AUDERO
                               UNITED STATES MAGISTRATE JUDGE

**OR IN CASE OF DENIAL:**

    The government's application for sealed filing is DENIED.  The sealing application will be filed under seal.  The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____      _____
DATE                           HONORABLE MARIA A. AUDERO
                               UNITED STATES MAGISTRATE JUDGE

2