# UNITED STATES DISTRICT COURT
for the
Central District of California

| United States of America | ) |
|---|---|
| v. | ) |
| Benjamin Daneshgar | ) Case No. 25-mj-5544 |
| _Defendant_ | ) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 09/17/2025

_Defendant's signature_

_Signature of defendant's attorney_

I have translated this Waiver of Preliminary Hearing to the defendant in the _____ language.

Date: _____

_Signature of Interpreter_

CR-110 (06/12)        Waiver of a Preliminary Hearing