*United States Probation & Pretrial Services*

United States District Court
Central District of California



Brian D. Karth
District Court Executive / Clerk of Court

Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer



FILED
CLERK, U.S. DISTRICT COURT
9/22/25
CENTRAL DISTRICT OF CALIFORNIA
BY: MRV   DEPUTY

PACTS No: **10362353**

**Passport Receipt**

Defendant Name: Benjamin Daneshgar

Name on passport, if different: Benjamin R. Daneshgar

Country of Origin: U.S.

Ordered by court in the Central District of California

Docket Number: **0973 2:25-05544M-2**

U.S. Probation & Pretrial Services
Roybal

Benjamin Daneshgar
Surrendered By

09/22/25
Date

Lilia Flores
Received By

09/22/25
Date

Returned To

Date

Surrendered By

Date

Address (if mailed)

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726 phone, 213-894-0231 fax